IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                        Case No. 4:17-cr-40001

BENJAMIN J. HENDERSON                                                  DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Dismiss Petition for Violation of Supervised Release and/or Alternatively Demand Hearing Pursuant to Rule 32.1.  ECF No. 14.  The government has responded to the motion.  ECF No. 15.  The Court finds the matter ripe for consideration.

On December 17, 2014, Defendant was sentenced to thirty (30) months imprisonment and three (3) years supervised release for the offense of felon in possession of a firearm.  Defendant's term of supervised release commenced on June 3, 2016.  On February 14, 2017, a petition seeking to revoke Defendant's supervised release ("Petition") was filed and a warrant was issued for Defendant's arrest.  On March 24, 2017, an initial appearance was held, and Defendant was ordered detained pending a final revocation hearing.  On July 23, 2017, Defendant filed the present motion moving the Court to dismiss the revocation petition, in which he requests a final revocation hearing.  A final revocation has been set for August 23, 2017.

Federal Rule of Criminal Procedure 32.1(b)(2) provides that, unless waived by the person, the Court must hold the revocation hearing "within a reasonable time."  "Rule 32.1 exists to protect the probationer from undue federal incarceration and to protect the probationer's ability to defend the violation allegations."  *United States v. Pardue*, 363 F.3d 695, 698 (8th Cir. 2004) (citing *United States v. Sackinger*, 537 F. Supp. 1245, 1248 (S.D.N.Y. 1982)).  Defendant was arrested

on March 1, 2016, in the Southern District of Texas and was transported to this district for an initial appearance held on March 24, 2017. Approximately four months elapsed between the initial appearance and Defendant's request for a final revocation hearing. The Court does not find this delay to be unreasonable. Moreover, upon reviewing Defendant's present motion, the Court set a final revocation hearing for the earliest available date on the Court's calendar. Accordingly, Defendant's motion (ECF No. 14) is **DENIED**.

**IT IS SO ORDERED**, this 21st day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge